2020 APR 22 A 9:09

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

20MJ9096

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>      v.<br>Danniel Anthony GUERRERO,<br><br>                Defendant. | Case No.:<br>COMPLAINT FOR VIOLATION OF:<br><br>18 U.S.C. § 922(g)(1) –<br>Felon in Possession of a Firearm |

The undersigned complainant being duly sworn states:

On or about April 21, 2020, within the Southern District of California, defendant Danniel Anthony GUERRERO, knowing his status as a convicted felon, that is, a person who had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm that traveled in and affected interstate commerce, to wit a Ruger, model 22/45, .22 caliber pistol bearing serial number 224-68461; in violation of Title 18, United States Code, Section 922(g)(1).

And the complainant states this complaint is based on the attached Statement of Facts, which is incorporated herein by reference.

_____
ANGELICA CARPENTER, SPECIAL AGENT
BUREAU OF ALCOHOL, TOBACCO & FIREARMS

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 22nd DAY OF APRIL, 2020.

_____
HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Danniel Anthony GUERRERO

## STATEMENT OF FACTS

This complaint is based on my personal observations, investigation, and information furnished to me. The following does not contain all of the information known to myself or other federal agents and state and local officers regarding this investigation, but does contain those facts believed to be necessary to establish the requisite probable cause.

On or about April 22, 2020, an Imperial Police Department (IPD) officer was on patrol in a marked unit near 115 E Barioni Boulevard, Imperial, California. The officer observed several individuals standing next to a blue vehicle in the parking lot area of a gas station, located at the aforementioned address. An officer recognized one (1) individual to be D.S., who is a current suspect in a pending domestic violence and false imprisonment report.

As the officer approached the location the individuals attempted to walk away. Due to D.S. being considered a violent offender, the officer gave verbal commands to all individuals to sit on the curb, which all individuals complied. More officers arrived on scene to make contact with the other individuals while the first arriving officer continued his investigation with D.S.

The officers began to identify the other individuals on scene. It was at this time that Danniel Anthony GUERRERO (GUERRERO) identified himself and told officers he was on active parole out of Riverside County for violation of California Penal Code 664/187,

attempted murder. Officers noticed a blue Ford Escort coupe bearing California license plate 4SHH162 nearby with the headlights on. Officers asked the individuals who the vehicle belonged to and GUERRERO advised it belonged to him. GUERRERO also stated R.H., another individual in the group with GUERRERO, was driving the vehicle and GUERRERO was in the front passenger seat. Officers asked if there was anything illegal in the vehicle, to which GUERRERO shook his head in a side to side motion indicating "no". The officers asked for consent to search the vehicle. GUERRERO stated, "Well I'm on parole right? Go ahead." GUERRERO was asked if everything in the vehicle belonged to him. GUERRERO stated, "I guess".

During a search of the interior of the vehicle, officers noticed a grey rubber piece with what appeared to be the hand grip of a black pistol located on the front passenger floorboard. The officers retrieved the item and removed the black object from the grey rubber sleeve. The item was identified as a Ruger, model 22/45, .22 caliber pistol bearing serial number 224-68461. The Ruger was loaded with nine (9) rounds of .22 caliber round, including one (1) being loaded in the chamber.

Due to discovery of the firearm, and the potential for additional weapons inside the vehicle, GUERRERO and R.H. were detained in handcuffs and separated. An additional magazine loaded with six (6) rounds of .22 caliber ammunition was discovered in the trunk area of the vehicle.

R.H. was asked by officers about the firearm, to which he stated he did not know it was there. He then told officers he no longer wished to speak with them. I then arrived on

scene and read GUERRERO his Miranda Rights from the ATF Advice of Rights and Waiver Form.

A query of the firearm serial number revealed the firearm to be lost out of Coachella, California. Records checks on the vehicle showed that the vehicle is registered to GUERRERO's mother.

Records checks on GUERRERO revealed the following relevant criminal history:

| CONVICTION DATE | COURT OF CONVICTION | CHARGE | TERM OF IMPRISONMENT |
|---|---|---|---|
| 06/06/2008 | CASC – Imperial | 211 PC – ROBBERY: Second Degree | 3 YEARS PRISON |
| 06/13/2008 | CASC – Imperial | 496(A) PC – Receiving Stolen Property | 3 YEARS PRISON |
| 06/13/2008 | CASC – Imperial | 459 PC – Burglary: Second Degree | 16 MONTHS PRISON |
| 09/19/2011 | CASC – El Centro | 187 (A) PC – Attempted Murder | 9 YEARS PRISON |

The firearm was inspected and preliminary checks revealed that the firearm was not manufactured in California. Therefore, the firearm traveled in, and/or affected interstate commerce to arrive in the state of California.